# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SARAH O'NEILL and BENJAMIN MARRERO,<br><br>          Plaintiffs,<br><br>v.<br><br>PERSON DIRECTED SUPPORTS, INC.,<br><br>          Defendant. | C.A. No.: 5:21-cv-00309<br><br><br>**NOTICE OF DISMISSAL** |

WHEREAS Defendant Person Directed Supports, Inc. has retracted its requirement that its employees receive a COVID-19 vaccine;

THEREFORE, Plaintiffs dismiss this action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

        Aaron Siri (Pro Hac Vice To Be Filed)
        Email: aaron@sirillp.com
        Elizabeth A. Brehm (Pro Hac Vice To Be Filed)
        Email: ebrehm@sirillp.com
        SIRI & GLIMSTAD LLP
        200 Park Avenue, 17th Floor
        New York, NY 10166
        Telephone: 212-532-1091

        <u>/s/ George N. Styliades</u>
        George N. Styliades, Esquire
        Attorney ID No. 56606
        Law Offices of George N. Styliades
        214 West Main Street, Suite 105
        Moorestown, NJ 08057-2345
        (856) 482-8877 - telephone
        gstyliades@styliadeslaw.com

        *Attorneys for Plaintiffs*

Date:  January 25, 2021